DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

June 5, 2008

BY HAND
Honorable Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re: Earley v. Tillinghast, et al.
                    08 Cv. 2832 (HB)

Dear Judge Baer:

      This office represents defendants, Correction Officers Charles Streimer, Michael Makowski and Louis Tillinghast in this pro se inmate use of force action. On May 14, 2008 we requested an extension of time, to and including July 11, 2008, for defendant Tillinghast to answer or otherwise move with respect to the complaint. Our request was granted on June 3, 2008. Since May 14, 2008 we received additional requests for representation from defendants Makowski and Streimer. Accordingly, we respectfully request that all defendants be allowed to answer or move by July 11, 2008, including presently non-served defendant Myerhoff.

      As plaintiff was released from prison without notifying the court of his current address, a copy of this letter will be forwarded to plaintiff's last known address.

                                      Respectfully submitted,

                                      WESLEY E. BAUMAN
                                      Assistant Attorney General
                                      (212) 416-6296

cc. Albert Earley, pro se (by regular mail)

*[Handwritten annotation across page: "July 11 is ok — that date shows new facts — will answer by that date — Docket Sheet — SO ORDERED: Harold Baer Jr., U.S.D.J. 6/9/08"]*

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

Endorsement:

    July 11 is fine all defendants will answer by that date. Docket sheet shows new address use it.